UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMMY ROCHELLE GLOVER,**

    **Plaintiff,**

v.                                  Case No.  8:05-cv-424-T-30EAJ

**T-MOBILE USA, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Stipulation and Joint Motion for Court Approval of Settlement Agreement (Dkt. #28-1), Declaration of Cynthia N. Sass In Support of Parties' Joint Motion Requesting Approval of Settlement Agreement and Entry of An Order of Dismissal (Dkt. #28-2), and the settlement agreement between the parties submitted to the Court for *in camera* review.  The Court, have considered the joint motion of the parties, declaration, settlement agreement, and being otherwise advised in the premises, finds that the Stipulation and Joint Motion for Court Approval of Settlement Agreement (Dkt. #28-1) should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The settlement agreement submitted by the parties to the Court for *in camera* review is approved.

2. The Stipulation and Joint Motion for Court Approval of Settlement Agreement (Dkt. #28-1) is GRANTED.

      3.      This action is dismissed with prejudice.

      4.      The Clerk is directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on August 17, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-424.approval of settlement agr 28.wpd